**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lisbeth N. Diaz Giron, | ) | No. CIV 06-0236-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Community Bridges, Inc., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint. (Dkt. 12.) Plaintiff represents that Defendants do not oppose her Motion to Amend, because she seeks only to remove the unserved fictitious defendants and to conform her original state court complaint to federal law and practice. Given that Defendants do not oppose Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Unopposed Motion for Leave to File an Amended Complaint. (Dkt. 12.)

/ / /

/ / /

/ / /

/ / /

1    **IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit 2 attached
2 to Plaintiff's Unopposed Motion for Leave to File an Amended Complaint as the First
3 Amended Complaint in this action.  <u>See</u> Dkt. 12, Exhibit 2.
4    DATED this 30th day of August, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -