**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lisbeth N. Diaz Giron, | ) | No. CIV 06-0236-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Community Bridges, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is a Joint Motion to Expedite Settlement Conference filed by Plaintiff and Defendants. (Dkt. 14.)  By random draw, Magistrate Judge Virginia A. Mathis has been selected to conduct the settlement conference.  Accordingly,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Expedite Settlement Conference pursuant to Fed.R.Civ.P. 16(a)(5).  (Dkt. 14.)

**IT IS FURTHER ORDERED** that this case is referred to Magistrate Judge Virginia A. Mathis for a settlement conference.

**IT IS FURTHER ORDERED** that the parties shall file a status report with this Court no more than ten (10) days after participating in the settlement conference.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this
2  Order to Magistrate Judge Virginia A. Mathis.
3  DATED this 31st day of August, 2006.

Stephen M. McNamee
United States District Judge