**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisbeth N. Diaz Giron, ) | No. CIV 06-0236-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Community Bridges, Inc., et al., ) | |
| Defendants. ) | |

Pending before the Court is a Joint Motion for the Court to Schedule a Rule 16 Preliminary Pretrial Conference. (Dkt. 19.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion for the Court to Schedule a Rule 16 Preliminary Pretrial Conference. (Dkt. 19.)

**IT IS FURTHER ORDERED** that the Court Deputy shall issue an Order scheduling a Rule 16 Conference after the date of October 18, 2006.

DATED this 14th day of September, 2006.

Stephen M. McNamee
United States District Judge