**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lisbeth N. Diaz Giron, | ) | No. CV-06-236-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Community Bridges, Inc., et al., | ) | |
| Defendants. | ) | |

Having received a Notice of Settlement on behalf of all parties, filed by Defendants Community Bridges, Inc. and Michael Smith (dkt. 26),

**IT IS HEREBY ORDERED** that Plaintiff and Defendants shall file a stipulation of dismissal with prejudice no later than **Monday, November 27, 2006**.

**IT IS FURTHER ORDERED** that a settlement status hearing is set for **Monday, December 4, 2006 at 3:30 p.m.** in Courtroom 605. If the parties file the stipulation of dismissal by Monday, November 27, 2006, the settlement status hearing will be vacated.

**IT IS FURTHER ORDERED VACATING** the Rule 16 Preliminary Pretrial Conference scheduled for November 6, 2006 at 10:00 a.m.

DATED this 23rd day of October, 2006.

Stephen M. McNamee
United States District Judge