**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lisbeth N. Diaz Giron, | ) | No. CIV 06-0236-PHX-SMM |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| Community Bridges, Inc., et al., | ) ) | |
| Defendants. | ) ) ) | |

Having received the parties' Stipulation for Dismissal With Prejudice (dkt. 28), filed with this Court on November 22, 2006, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**. (Dkt. 28.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**, each party to bear his, her or its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Status Hearing currently scheduled for Monday, December 4, 2006 at 3:30 p.m. is **VACATED**.

DATED this 27th day of November, 2006.

Stephen M. McNamee
United States District Judge